NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2008-5110

PASSAMAQUODDY TRIBE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-942, Judge Lynn J. Bush.

ON MOTION

O R D E R

The United States moves to continue the stay of the briefing schedule in this appeal pending final disposition by the Supreme Court related to this court's decision in Tohono O'odham Nation v. United States, 559 F.3d 1284 (Fed. Cir. 2009), cert. granted, S. Ct. No. 09-846 , 2010 WL 171918 (April 19, 2010).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The United States is directed to inform this court in this case within 14 days of the Supreme Court's final disposition related to Tohono O'odham Nation. The appellant also may respond within that time.

FOR THE COURT

MAY 1 2 2010
_____
Date

cc: Keith M. Harper, Esq.
Aaron P. Avila, Esq.
s20

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 2 2010

JAN HORBALY
CLERK